IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT DESHIELDS,<br>   Plaintiff, | :<br>:<br>:   No. 1:19-cv-198 |
| v. | :<br>:   (Judge Rambo) |
| COMMONWEALTH,<br>DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br>   Defendants. | :<br>:<br>:<br>: |

## **ORDER**

**AND NOW**, on this 17th day of March 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 18) is **GRANTED**;

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendants and against Plaintiff Robert DeShields; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                                s/ Sylvia H. Rambo
                                              United States District Judge